## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 91 MAL 2015
:
              Respondent : 
: Cross Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
:
JACK D. PENNINGTON, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Cross Petition for Allowance of Appeal is **DENIED**.